## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| $38,480.00 IN UNITED STATES CURRENCY, | ) | 8:09CV395 |
| | ) | |
| Defendant(s), | ) | ORDER |
| | ) | |
| BRADFORD NALOU, ADIL YOUSEF NALOU and JEREMY HESSLER, | ) | |
| | ) | |
| Claimant(s). | ) | |

For good cause shown, and upon the representation that opposing counsel does not object,

**IT IS ORDERED** that the Claimants' motion to extend deadlines (Doc. 13) is granted, and the progression order deadlines are extended, as follows:

1.  In lieu of a final pretrial conference, counsel and any *pro se* parties shall prepare a proposed final pretrial conference order in accordance with NECivR 16.2 and submit it to the undersigned magistrate judge by **July 30, 2010**. If the court requires additional information or a conference with counsel and any *pro se* parties, the court will arrange a telephone conference after receiving the proposed final pretrial conference order.

2.  Trial is continued from July 13, 2010 to **October 12, 2010** before District Judge Laurie Smith Camp.

**DATED April 30, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**