IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| $38,480.00 IN UNITED STATES CURRENCY, | ) | 8:09CV395 |
| | ) | |
| Defendant(s), | ) | ORDER |
| | ) | |
| BRADFORD NALOU, ADIL YOUSEF NALOU and JEREMY HESSLER, | ) | |
| | ) | |
| Claimant(s). | ) | |

**IT IS ORDERED** that the unopposed motion (Doc. 16) of the United States to extend deadlines and pretrial conference submission is granted, in part, as follows:

1. Counsel and any *pro se* parties shall prepare a proposed final pretrial conference order in accordance with NECivR 16.2 and submit it to the undersigned magistrate judge no later than **October 12, 2010**.

2. Trial is continued from October 12, 2010 to **November 9, 2010**, before District Judge Laurie Smith Camp.

**DATED September 24, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**