## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV395 |
| vs. | ) | |
| | ) | |
| $38,480.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |
| BRADFORD NALOU, ADIL YOUSEF NALOU and JEREMY HESSLER, | ) ) | |
| | ) | |
| Claimants. | ) | |

This case is before the court on the claimants' Motion to Extend Deadlines and Pretrial Conference Submission (#18).  For good cause, the court finds the motion should be granted.  Therefore,

**IT IS ORDERED:**

1.  The claimants' Motion to Extend Deadlines and Pretrial Conference Submission (#18) is granted.

2.  The joint pretrial conference order, in accordance with NECivR 16.2, shall be submitted no later than **November 12, 2010.**

3.  A pretrial conference with the undersigned magistrate judge is set for **Monday, November 15, 2010 at 9:30 A.M.**

4.  The jury trial before the Honorable Laurie Smith Camp is continued from November 9, 2010 to **December 7, 2010.**

Dated this 13th day of October 2010.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge