IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| $38,480.00 IN UNITED STATES CURRENCY, | ) ) ) | 8:09CV395 |
| Defendant(s), | ) ) ) | ORDER |
| BRADFORD NALOU, ADIL YOUSEF NALOU and JEREMY HESSLER, | ) ) ) | |
| Claimant(s). | ) | |

For good cause shown,

**IT IS ORDERED** that plaintiff's unopposed motion to continue trial (Doc. 25) is granted, as follows:

1.  Trial is continued from December 7, 2010 to **May 17, 2011**, before District Judge Laurie Smith Camp.

2.  The final pretrial conference is continued from November 23, 2010 to **April 18, 2011 at 9:30 a.m.** before Magistrate Judge F.A. Gossett.

**DATED November 18, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**