IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09 CV 395 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| $38,480.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the parties' stipulation and settlement agreement (Filing No 35). Being duly advised, the Court approves the stipulation and settlement agreement in all respects.

IT IS ORDERED:

1. By agreement of the parties and consistent with the terms of their stipulation and settlement agreement, twenty-seven thousand seven hundred forty dollars ($27,740.00) of the Defendant property shall be returned to the Claimants Bradford Nalou, Adil Nalou and Jeremy Hessler, without interest, by delivering the same to the trust account of their attorney of record, Denise E. Frost. All right, title or interest in or to the same asserted by any person or entity is hereby forever barred and foreclosed. Upon Ms. Frost's receipt of this sum, she shall file a corresponding receipt for it with this Court.

2. By agreement of the parties and consistent with the terms of their stipulation and settlement agreement, ten thousand seven hundred and forty dollars ($10,740.00) shall be and hereby is forfeited to the Plaintiff United States of America. All right, title or interest in or to the same asserted by any person or entity is hereby forever barred and

foreclosed.  The U.S. Marshals Service shall dispose of said $10,740.00 in accordance with law.

3. All parties shall be liable to pay their own attorneys fees and costs of this action.

4. Upon Ms. Frost's filing of the receipt referenced above, this action shall be dismissed by stipulation of the parties.

DATED this 22nd day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Court Judge

Jointly prepared and submitted by:

Nancy A. Svoboda  (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Attorney for Plaintiff UNITED STATES OF AMERICA

And

Denise E. Frost (#18794)
JOHNSON & MOCK
P.O. Box 3157
1321 Jones St.
Omaha, Nebraska  68103-0157
(402) 346-8856
dfrost@johnsonandmock.com

Attorney for Claimants BRADFORD NALOU,
ADIL NALOU and JEREMY HESSLER